UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-mj-03144 |
| | ) | Magistrate Judge Bryant |
| JAMES WILBERT GRAY | ) | |

## MOTION TO CONTINUE HEARINGS

Comes the defendant, James Wilbert Gray, and moves for a continuance of the detention hearing and preliminary hearing scheduled for today, July 26, 2012, at 2:30 PM. As grounds for this motion, counsel states that a material witness needed for the hearings resides out of state. He is a nurse and was unable to secure a replacement for his shift today.

Counsel would request that the hearings be re-scheduled for August 1, morning or afternoon; August 2, anytime after 11:00 AM; or August 3 in the morning.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I electronically filed the foregoing ***Motion to Continue Hearings*** with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Byron Jones, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN

**ORDER**
**Motion Granted** and the hearing is continue to
/S/ Joe B. Brown    Thursday, August 2, 2012 at 2:00 p.m.
**JOE B. BROWN**
**Magistrate Judge**